PRESS FIRMLY TO SEAL

PRESS FIRML



**UNITED STATES POSTAL SERVICE®**  Click-N-Ship®

P

usps.com
$5.05
US POSTAGE
Flat Rate Env

9405 5036 9930 0132 9987 93 0050 5000 0049 4102

Commercial Base Pricing
08/29/15     Mailed from 89119     062S0000000311

### PRIORITY MAIL 2-DAY™

ANN ARMSTRONG
5146 GOLDEN LN APT ANAN
LAS VEGAS NV 89119-1775

Expected Delivery Date: 08/31/15



Carrier -- Leave if No Response       C004

AUG 3 1 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIP TO:
CLERK
U S DISTRICT COURT
450 GOLDEN GATE AVE
FL 16
SAN FRANCISCO CA 94102-3426

**USPS TRACKING #**



9405 5036 9930 0132 9987 93

Electronic Rate Approved #038555749

PS00001000014        OD: 12.5 x 9.5

TO SEAL

**PRIORITY MAIL POSTAGE REQUIRED**

OM:

**PRIORITY MAIL ★**


UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: SANDRA NORIEGA #62413-080
F DUBLIN
5701 8th ST- CAMP PARKS
DUBLIN, CA. 94568

TO: U.S. District Court
450 Golden Gate Ave.
16th floor
SAN Francisco, CA. 94102

228, July 2013        FOR DOMESTIC AND INTERNATIONAL USE


INSPECTED BY
AUG 31 2015
U.S. MARSHALS SERV...



US AT USPS.COM®
FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE ®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.


